# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JAVARIS MARQUEZ TUBBS,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:25-cv-555-RDP-GMB |
| **B.D. WALKER,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 16) on August 22, 2025, recommending that the petition and supplemental petition for a writ of habeas corpus (Docs. 1, 5) be dismissed as moot.  No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be **DISMISSED** as moot.  A final judgment will be entered.

**DONE** and **ORDERED** this September 16, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE